IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA DAVIS,

        Plaintiff,

    v.

BANNER BANK,

        Defendant.

No.  2:25-cv-2411-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The matter is set for an initial status/scheduling conference before the undersigned on February 25, 2026, at 10:00 a.m., via Zoom.  On or before February 18, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

    IT IS SO ORDERED.

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1