**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA DAVIS, | No.  2:25-cv-2411-DMC |
| Plaintiff, | |
| v. | SCHEDULING ORDER |
| BANNER BANK, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).  An initial status/scheduling conference was held in this matter on February 25, 2026, at 10:00 a.m., before the undersigned via Zoom.  Rachel Vinson, Esq., appeared for Plaintiff.  Nalee Xiong, Esq., appeared for Defendant.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

/ / /

1

1.       No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

2.       Jurisdiction and venue are not contested.

3.       The Court sets the following pre-trial schedule for this litigation:

Initial Disclosures: The parties are directed to exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a) on or before **November 13, 2026**.

Non-Expert Discovery: All non-expert discovery shall be completed by **February 5, 2027**.  As used herein regarding non-expert discovery, the word "completed" means that all such discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  The parties are advised that motions to compel must be filed in advance of the discovery completion deadlines so that the Court may grant effective relief within the allotted discovery time.  A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cut-off may result in denial of the motion as untimely.

Expert Witness Designations: The parties shall exchange initial lists of expert witnesses no later than **March 5, 2027**.  The parties shall exchange lists of rebuttal expert witnesses no later than **March 26, 2027**.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

Expert Discovery: All expert discovery shall be completed and all motions pertaining to expert discovery shall be filed by **May 5, 2027**.

Discovery Motions:  Before filing a formal discovery motion, the party seeking relief must engage in the following steps.  First, the parties shall meet and confer regarding the dispute.  Second, if the dispute is not resolved by way of the meet-and-confer process, the parties shall jointly request an informal discovery conference before the undersigned.  If the dispute is not resolved during the informal discovery conference, the party seeking relief may then file a formal discovery motion.

/ / /

Dispositive Motions: All dispositive motions shall be filed by **June 2, 2027**.

Duty to Supplement: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

4.      The pre-trial conference and trial dates will be set by separate order following a further scheduling conference which is set for **June 16, 2027, at 10:00 a.m., via Zoom**.

5.      This case schedule will become final without further order of the Court unless objections are filed within 14 days of the date of this order.  The schedule, once final, shall not be modified except on application to the Court showing good cause.

IT IS SO ORDERED.

Dated:  March 4, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE